No. 17,521.

PEOPLE EX REL. MOSCO *v.* VIGIL ET AL.
(275 P. [2d] 957)

Decided October 25, 1954.

PER CURIAM.

Judgment affirmed en banc without written opinion.

Mr. ANGELO F. MOSCO, for plaintiff in error.

Mr. ALBERT J. TOMSIC, Mr. JOHN H. SANDOR, for defendant in error, STIMACK.